IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**JEWELL SMITH,**

       **Plaintiff,**

v.                                                Case No: 11-2093-JWL

**TATE & KIRLIN ASSOCIATES, INC.,**

       **Defendant.**

### ORDER OF DISMISSAL

On April 14, 2011, a Notice and Order to Show Cause (doc. #4) was filed ordering the plaintiff to show good cause in writing to the undersigned by April 29, 2011, why this case should not be dismissed with prejudice for lack of prosecution under Fed. R. Civ. P. 41(b). After review of the court file, the Court finds that the time for filing a response to the Order to Show Cause has passed and to date no response has been filed by the plaintiff. Plaintiff's failure to comply with the Court's Notice and Order to Show Cause will result in the dismissal of this action.

**IT IS THEREFORE ORDERED BY THE COURT** that due to plaintiff's failure to respond to the Court's Notice and Order to ShowCause (doc. #4), the Court orders this case is hereby dismissed without prejudice for lack of prosecution under Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated in Kansas City, Kansas this 4th day of May, 2011.

s/ John W. Lungstrum
John W. Lungstrum
U.S. District Judge